UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: JACQULYN Q DAVIS,

Case No. 16-46387
Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plan was sent through by ordinary mail, on the 11th day of September, 2016 to the following:

| | | |
|---|---|---|
| Aargon Agency Inc.<br>8668 Spring Mountain Rd.<br>Las Vegas, NV 89117 | Aaron's<br>1015 Cobb Place Blvd NW<br>Kennesaw, GA 30144 | Account Resolution Corporation<br>700 Goddard Ave<br>Chesterfield, MO 63005 |
| Collection Bureau of America<br>25954 Eden Landing Rd<br>Hayward, CA 94545 | CPS<br>PO Box 98759<br>Phoenix, AZ 85038 | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News, VA 23606 |
| Day Knight & Associates<br>PO Box 5<br>Grover, MO 63040 | Enhanced Recovery<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Federal Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106 |
| Insta-Credit<br>910 N Bluff<br>Collinsville, IL 62234 | Internal Revenue Service<br>PO Box 7346<br>Philedelphia PA 19101-7346 | Missouri Department of Revenue<br>Bankruptcy Unit<br>PO Box 475<br>301 W High St<br>Jefferson City, MO 65105 |
| ONLINE COLLECTIONS<br>P.O. Box 1489<br>Winterville, NC 28590 | Southwest Credit System<br>4120 International Pkwy Ste 1100<br>Carrollton, TX 75007 | Transworld Systems<br>PO Box 17221<br>Wilmington, DE 19850 |
| United Acceptance Inc<br>2400 Lake Park Dr<br>Smyrna, GA 30080 | US Department of Education<br>PO Box 16448<br>St Paul, MN 55116 | |

Date: September 11, 2016

/s/ Jonathan Brent
Jonathan Brent #59169MO
Attorney for Debtor
462 N Taylor, Ste 105
St. Louis, MO 63108
(314)200-5346
(314)735-4046 FAX
jb@lawbrent.com