Certificate Number: 12433-MOE-DE-028271422

Bankruptcy Case Number: 16-46387



12433-MOE-DE-028271422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2016</u>, at <u>12:09</u> o'clock <u>PM CDT</u>, <u>Jacqulyn Davis</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Missouri</u>.

Date:   October 27, 2016         By:   /s/Candace Jones

                                 Name:   Candace Jones

                                 Title:   Counselor