# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | Jacqulyn Q Davis<br>Debtor/Employee<br>xxx–xx–2094 | )<br>) Case No.: **16–46387**<br>) Chapter: 13<br>) |

To Employer:  Frontier
              Attn. Payroll Department
              7001 Tower Rd
              Denver, CO 80249

Deduction:    $550.00 monthly

## ORDER TO EMPLOYER TO DEDUCT AND REMIT A PORTION OF DEBTOR'S EARNINGS FOR THE VOLUNTARY PAYMENT OF DEBTS

This is an ORDER of the United States Bankruptcy Court, NOT a garnishment. **It supersedes any previous order of this Court issued with respect to the Debtor/Employee's wages.**

The above−named Debtor/Employee has voluntarily filed a petition and plan under Chapter 13 of the United States Bankruptcy Code seeking to pay certain debts under the protection of this Court. These debts are to be paid by the Chapter 13 Trustee from the Debtor/Employee's future earnings. Debtor/Employee has requested an Order to have his/her future earnings withheld and paid to the Chapter 13 Trustee. This Court is empowered under Title 11 Section 1325(c) of the United States Code to direct any entity from which the Debtor/Employee receives income to pay all or any part of such income to the Trustee. Accordingly, it is hereby

ORDERED that:

> Until further order of the Court, you are directed to immediately begin withholding the above stated amount from the wages, salary, commission, and all other earnings or income of Debtor/Employee and remit same promptly to the Chapter 13 Trustee no less frequently than once each month. (Make check payable to "John V. LaBarge, Jr., Chapter 13 Trustee" at the address shown below).

### MAIL ALL REMITTANCES WITH CASE NAME AND NUMBER TO:

John V. LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

*Barry S Schermer*

**U. S. Bankruptcy Judge**

Date: October 31, 2016

Copies to:
Debtor, Debtor's attorney, Employer, Chapter 13 Trustee
Rev. 2/05

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                    Case No. 16-46387-bss
Jacqulyn Q Davis                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4          User: admin              Page 1 of 1              Date Rcvd: Nov 01, 2016
                              Form ID: 64F             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.
db          +Jacqulyn Q Davis,    1270 Elkhart Dr.,    Saint Louis, MO 63135-1417
emp         +Frontier,    Attn. Payroll Department,    7001 Tower Rd,    Denver, CO 80249-7312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0