**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | Case No: 16-46387-399  Chapter 13 |
| JACQULYN Q DAVIS ) | Plan Pmt:    $   550.00/Month |
| ) | Term:           60 Months |
| ) | |
| **Debtor** ) | |

**CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN**

**CERTIFICATION**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and certifies that: he has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: December 09, 2016
CNFORD--SI

Original Confirmation hearing set for:
December 07, 2016

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**ORDER**

   It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a) (3).

**DATED: December 13, 2016**
**St. Louis, Missouri**

**Barry S. Schermer**
**United States Bankruptcy Judge**

| 16-46387-399 | **CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN** | Page 2 of 2 |
|---|---|---|

Copy mailed to:

JACQULYN Q DAVIS
1270 ELKHART DR
SAINT LOUIS, MO  63135

John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

JONATHAN EDWARD BRENT ATTY
462 N TAYLOR
STE 105
ST LOUIS, MO  63108

United States Bankruptcy Court
Eastern District of Missouri

In re:
Jacqulyn Q Davis
    Debtor

Case No. 16-46387-bss
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: moej     Page 1 of 1     Date Rcvd: Dec 13, 2016
                        Form ID: pdfo4     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.
db          +Jacqulyn Q Davis,    1270 Elkhart Dr.,    Saint Louis, MO 63135-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:
           John V. LaBarge, Jr    standing_trustee@ch13stl.com,    trust33@ch13stl.com
           Jonathan Edward Brent    on behalf of Debtor Jacqulyn Q Davis jb@lawbrent.com,    brentecf@gmail.com
           Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
                                                                          TOTAL: 3