UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:
JACQULYN Q DAVIS,

Debtor.

Case No. 16-46387
Chapter 13

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES NOW Jacqulyn Q Davis, Debtor herein, and for its Response to Trustee's Motion, states to the Court as follows:

1. Debtor filed this bankruptcy proceeding on September 2, 2016.

2. Trustee filed a Motion to Dismiss for failure to make plan payments on January 26, 2017.

3. Debtor will bring the plan payments current in the immediate future.

4. Trustee's Motion should therefore be denied.

WHEREFORE, Debtor prays for an order denying Trustee's Motion, and for such other and further relief as the Court shall deem just and proper.

By: /s/Jonathan Brent
JONATHAN E. BRENT  #59169MO
Attorney for Debtor
462 N Taylor, Ste 105
St. Louis, MO 63108
(314) 200-5346
(314) 735-4046 (Fax)
E-Mail: jb@lawbrent.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Debtor's Response was sent through the Court's ECF System or by ordinary mail, on the 28th day of January, 2017 to the following:

Chapter 13 Trustee:
John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
Saint Louis, MO 63143

Office of the US Trustee:
Thomas Eagleton US Courthouse
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

/s/ Jonathan Brent