UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 16-46387-399 |
| JACQULYN Q DAVIS ) | Chapter 13 |
| ) | |
| ) | Hearing Date: 04/05/2017 |
| ) | Hearing Time: 10:00 am |
| **Debtor** ) | |
| ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS

Take notice that the Chapter 13 Trustee's Motion To Dismiss dated January 26, 2017 and any response thereto will be called for hearing on April 05, 2017 at 10:00 am in U.S. Bankruptcy Court, 111 S. 10th St., Room 5 North, St. Louis, MO  63102.  You may be present at that time and be heard.

Dated: February 22, 2017

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of February 22, 2017.

HRGMTD--AD

JACQULYN Q DAVIS
1270 ELKHART DR
SAINT LOUIS, MO  63135

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.

JONATHAN EDWARD BRENT ATTY
462 N TAYLOR
STE 105
ST LOUIS, MO  63108