**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSORUI**
**ALL DIVISIONS**

IN RE:                                    )
**STANDING CHAPTER 13 TRUSTEE**           )         ALL CHAPTER 13 CASES
                                          )
                                          )

**NOTICE OF VOLUNTARY RESIGNATION AND APPOINTMENT OF**
**SUCCESSOR CHAPTER 13 STANDING TRUSTEE**

    Chapter 13 Standing Trustee, John V. LaBarge, Jr., has submitted his voluntary notice of resignation and retirement as Chapter 13 Standing Trustee for the Eastern District of Missouri in all cases in which he serves as trustee effective February 28, 2017.

    The Acting United States Trustee for Region 13, Daniel J. Casamatta, **effective March 1, 2017**, appoints Diana S. Daugherty as Chapter 13 Standing Trustee for the Eastern District of Missouri and successor trustee in all Chapter 13 cases in which John V. LaBarge Jr., served as trustee.

    **The address to which payments must be submitted to the successor trustee will change**. The mailing address for items other than payments and the phone number will remain the same for the successor trustee:

|  |  |
|---|---|
| Correspondence: | Diana S. Daugherty<br>Chapter 13 Trustee<br>PO Box 430908<br>St. Louis, MO 63143 |
| Payments:<br>(new address) | Diana S. Daugherty<br>Chapter 13 Trustee<br>PO Box 2112<br>Memphis, TN 38101–2112 |
| Telephone: | (314) 781–8100 |

                                          Daniel J. Casamatta
                                          Acting United States Trustee

                                          /s/ Paul A. Randolph
                                          Paul A. Randolph
                                          Assistant United States Trustee
                                          111 South 10th St., Ste. 6.353
                                          St. Louis, MO 63102