**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSORUI**
**ALL DIVISIONS**

| | | |
|---|---|---|
| IN RE: | ) | |
| STANDING CHAPTER 13 TRUSTEE | ) | ALL CHAPTER 13 CASES |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY RESIGNATION AND APPOINTMENT OF**
**SUCCESSOR CHAPTER 13 STANDING TRUSTEE**

Chapter 13 Standing Trustee, John V. LaBarge, Jr., has submitted his voluntary notice of resignation and retirement as Chapter 13 Standing Trustee for the Eastern District of Missouri in all cases in which he serves as trustee effective February 28, 2017.

The Acting United States Trustee for Region 13, Daniel J. Casamatta, **effective March 1, 2017**, appoints Diana S. Daugherty as Chapter 13 Standing Trustee for the Eastern District of Missouri and successor trustee in all Chapter 13 cases in which John V. LaBarge Jr., served as trustee.

**The address to which payments must be submitted to the successor trustee will change**. The mailing address for items other than payments and the phone number will remain the same for the successor trustee:

| | |
|---|---|
| Correspondence: | Diana S. Daugherty<br>Chapter 13 Trustee<br>PO Box 430908<br>St. Louis, MO 63143 |
| Payments:<br>(new address) | Diana S. Daugherty<br>Chapter 13 Trustee<br>PO Box 2112<br>Memphis, TN 38101–2112 |
| Telephone: | (314) 781–8100 |

Daniel J. Casamatta
Acting United States Trustee

/s/ Paul A. Randolph
Paul A. Randolph
Assistant United States Trustee
111 South 10th St., Ste. 6.353
St. Louis, MO 63102

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                          Case No. 16-46387-bss
Jacqulyn Q Davis                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4        User: admin              Page 1 of 1         Date Rcvd: Feb 27, 2017
                            Form ID: massmail        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db             +Jacqulyn Q Davis,    1270 Elkhart Dr.,    Saint Louis, MO 63135-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2017 at the address(es) listed below:
              John V. LaBarge, Jr    standing_trustee@ch13stl.com,    trust33@ch13stl.com
              Jonathan Edward Brent    on behalf of Debtor Jacqulyn Q Davis jb@lawbrent.com,    brentecf@gmail.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
                                                                                             TOTAL: 3