# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 16-46387-399 |
| JACQULYN Q DAVIS ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| **Debtor** ) | |

## NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN

   PLEASE TAKE NOTICE that Diana S. Daugherty, Standing Chapter 13 Trustee, has reviewed the case herein and has done a feasibility calculation.  The plan appears to lack feasibility because it will not pay in full all creditors entitled to full repayment or it will not pay a meaningful amount to unsecured creditors.  If the plan completes as is, the Trustee will raise an objection to discharge and the debtor may not receive a discharge of otherwise dischargeable debts.

Dated: 4/3/2017

NTCFEAS--BC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

   The undersigned hereby certifies that she served the above notice on this day of April 03, 2017, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ Diana S. Daugherty

JACQULYN Q DAVIS
1270 ELKHART DR
SAINT LOUIS, MO  63135

JONATHAN EDWARD BRENT ATTY
462 N TAYLOR
STE 105
ST LOUIS, MO  63108