# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>JACQULYN Q DAVIS<br>1270 ELKHART DR<br>SAINT LOUIS, MO  63135<br>　　　　　　　　Debtor | ）<br>）<br>）<br>）<br>）<br>）<br>） CASE NO: 16-46387-399<br><br>Chapter 13 |

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| JONATHAN EDWARD BRENT ATTY<br>462 N TAYLOR<br>STE 105<br>ST LOUIS, MO  63108 | 2,000.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JONATHAN EDWARD BRENT ATTY<br>462 N TAYLOR<br>STE 105<br>ST LOUIS, MO  63108 | 2,000.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $83.34<br>INT RATE: 0.00 |
| CONSUMER PORTFOLIO SVCS<br>PO BOX 57071<br>IRVINE, CA  92619-7071 | 12,852.33 | 20/Secured - Motor Vehicle<br>ACCT: 4217<br>COMM: #2/100% 60MO/12 SENTRA<br>REG PYMT: $242.54<br>INT RATE: 5.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 2,797.00 | 20/Secured<br>ACCT: X2094<br>COMM:<br>#1-3AM#1-2AM#1/60MO/04 INC<br>REG PYMT: $52.78<br>INT RATE: 5.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **16-46387-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 6,318.01 | 30/Priority<br>ACCT: X2094<br>COMM: #1-3AM#1-2AM#1/14,15 INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 1,103.51 | 30/Priority<br>ACCT: X2094<br>COMM: #3/14,15 INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AARGON AGENCY INC<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV  89117 | 0.00 | 40/Unsecured<br>ACCT: 8507<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AARON SALES & LEASE OW<br>1015 COBB PLACE BLVD NW<br>KENNESAW, GA  30144 | 0.00 | 40/Unsecured<br>ACCT: 8740<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACCOUNT RESOLUTION CORP<br>700 GODDARD AVE<br>CHESTERFIELD, MO  63005 | 0.00 | 40/Unsecured<br>ACCT: 5440<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COLLECTIONS BUREAU OF AMERICA<br>25954 EDEN LANDING RD<br>1ST FL<br>HAYWARD, CA  94545-3816 | 0.00 | 40/Unsecured<br>ACCT: 2299<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CREDIT CONTROL<br>11821 ROCK LANDING DR<br>NEWPORT NEWS, VA  23606 | 0.00 | 40/Unsecured<br>ACCT: 4111<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 3
CASE NO: **16-46387-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| DAY KNIGHT & ASSOCIATES<br>PO BOX 5<br>GROVER, MO  63040 | 0.00 | 40/Unsecured<br>ACCT: 1959<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256 | 0.00 | 40/Unsecured<br>ACCT: 3742<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG, PA  17106-9184 | 0.00 | 40/Unsecured<br>ACCT: 0001<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INSTA CREDIT AUTO MART<br>910 N BLUFF RD<br>COLLINSVILLE, IL  62234 | 0.00 | 40/Unsecured<br>ACCT: 6991<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ONLINE COLLECTIONS<br>PO BOX 1489<br>WINTERVILLE, NC  28590 | 0.00 | 40/Unsecured<br>ACCT: 9093<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PKWY<br>STE 1100<br>CARROLLTON, TX  75007 | 0.00 | 40/Unsecured<br>ACCT: 0609<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PKWY<br>STE 1100<br>CARROLLTON, TX  75007 | 0.00 | 40/Unsecured<br>ACCT: 3725<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**     Page 4
CASE NO: **16-46387-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| TRANSWORLD SYSTEMS INC<br>PO BOX 17221<br>WILMINGTON, DE 19850 | 0.00 | 40/Unsecured<br>ACCT: 5968<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| UNITED ACCEPTANCE INC<br>2400 LAKE PARK DR SE<br>STE 100<br>SMYRNA, GA 30080 | 0.00 | 40/Unsecured<br>ACCT: 3501<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 105028<br>C/O NATIONAL PAYMT CTR<br>ATLANTA, GA 30348-5028 | 21,074.58 | 40/Unsecured<br>ACCT: 2094<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>ST PAUL, MN 55116-0448 | 0.00 | 40/Unsecured<br>ACCT: 3325<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>ST PAUL, MN 55116-0448 | 0.00 | 40/Unsecured<br>ACCT: 0292<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>ST PAUL, MN 55116-0448 | 0.00 | 40/Unsecured<br>ACCT: 3008<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>ST PAUL, MN 55116-0448 | 0.00 | 40/Unsecured<br>ACCT: 9031<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                                                 Page 5
CASE NO: **16-46387-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| CYPRESS VILLAGE APARTMENTS<br>11324 HI TOWER<br>ST ANN, MO  63074 | 0.00 | 0/Post-Petition Lease Payment<br>ACCT:<br>COMM: 11313 HI TOWER #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CYPRESS VILLAGE APARTMENTS<br>11324 HI TOWER<br>ST ANN, MO  63074 | 0.00 | 9/Pre-Petition Lease Payment<br>ACCT:<br>COMM: 6MO 11313 HI TOWER #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 12,837.18 | 40/Unsecured<br>ACCT: X2094<br>COMM: #1-3AM#1-2AM#1/04,06,07,12 INC/PENALTY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 6,587.64 | 20/Secured<br>ACCT: X2094<br>COMM: #3/60MO/04,10,11,13 INC<br>REG PYMT: $124.32<br>INT RATE: 5.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 266.50 | 40/Unsecured<br>ACCT: X2094<br>COMM: #3/14,15 INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 1,138.38 | 40/Unsecured<br>ACCT: XXXXXXXXXX95IS<br>COMM: #4/11 MOTOR VEH<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                                                   Page 6
CASE NO: **16-46387-399**

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

Dated: April 03, 2017

STL_NTCPAYCLM -- BC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 04/03/2017.

/s/Diana S. Daugherty

Diana S. Daugherty

Copy Mailed To:

JACQULYN Q DAVIS
1270 ELKHART DR
SAINT LOUIS, MO  63135