**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:
**Debtors:**                                                                  **Case No.: 16–46387**
Jacqulyn Q Davis − See below for reported alias
information xxx−xx−2094
− See below for reported alias information

**CHAPTER   13**

**POST−CONFIRMATION ORDER AND NOTICE OF DISMISSAL**

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

PLEASE TAKE NOTE: THIS CASE IS BEFORE THE COURT FOR DISMISSAL FOR THE REASON(S) IDENTIFIED BY ☑ BELOW.

☐    **The Debtor(s)** moved to dismiss this case in accordance with 11 U.S.C. § 1307(b).

☐    **The Debtor(s)** failed to pay the filing fee on the terms set forth in the Order Approving Installment Fee Application previously entered in this case.

☐    **The Chapter 13 Trustee** orally moved to dismiss this case at the Chapter 13 confirmation hearing in accordance with ☐ 11 U.S.C. § 1307(c)(1) for unreasonable delay; or ☐ § 1307(c)(4) for failure to make plan payments.

☑    **The Chapter 13 Trustee** moved to dismiss this case in accordance with ☐ 11 U.S.C. § 1307(c)(1) for unreasonable delay; ☑ § 1307(c)(4) for failure to make plan payments; ☐ § 1307(c)(5) for denial of confirmation of a plan and denial of request for additional time for filing another plan or modification; ☐ § 1307(c)(6) for material default by the Debtor(s) with respect to a term of a confirmed plan; and/or ☐ abuse of the bankruptcy process. The Chapter 13 Trustee has certified that the Debtor(s) failed to respond to the motion. If the Debtor(s) did respond, the Court considered the response and provided opportunity for hearing;

☐    **The Chapter 13 Trustee** moved to dismiss this case for Debtor(s)' failure to turn over the tax return(s);

☐    **The Chapter 13 Trustee** moved to dismiss this case for Lack of Feasibility of the Chapter 13 Plan;

☐    **The Chapter 13 Trustee** moved to dismiss this case for Debtor(s)' failure to comply with a court order.

☐    **A Party in Interest** other than the Chapter 13 Trustee moved to dismiss this case in accordance with 11 U.S.C. § 1307(c), or for failure to comply with a court order or other abuse of the bankruptcy process, as more fully stated in the written motion, and after notice and hearing;

☐    **The Missouri Department of Revenue** moved to dismiss this case in accordance with 11 U.S.C. § 1307(c)(1) for unreasonable delay in filing tax return(s), and the Debtor(s) have failed to respond to the motion, or after notice and hearing;

☐    **The Court,** on its own motion or show cause, moved to dismiss this case under 11 U.S.C. § 105(a) for failure to comply with court order and/or abuse of the bankruptcy process.

**Other Reason:**

☐

ACCORDINGLY,

**IT IS ORDERED** that for the reasons set forth in the motion or as set forth on the record at hearing, the Motion to Dismiss identified in this notice is **GRANTED**;

**IT IS FURTHER ORDERED** Debtor(s)' employer(s) is/are directed to cease withholding from the Debtor(s)' wages in respect to this Chapter 13 case, and this Court's Order To Deduct From Wages or Other Income is hereby terminated.

**IT IS FURTHER ORDERED** for the reason(s) identified in this notice, this Chapter 13 case is **DISMISSED** prior to entry of an order of discharge, and the automatic stays of 11 U.S.C. § 362 are hereby terminated.

**IT IS FURTHER ORDERED** that Diana S. Daugherty, Chapter 13 Trustee, is directed to: pay any unpaid portion of the filing fee and disburse the remaining funds in accordance with the Debtor(s)' confirmed plan. The Trustee shall promptly file his final report and upon so doing is discharged as Trustee and is relieved of and discharged from his bond.

**IT IS FURTHER ORDERED** that all requests for payment of administrative expenses pursuant to 11 U.S.C. § 503(b) must be filed with the Court and a copy must be sent to the Chapter 13 Trustee within 14 days of the date of this order.

**IT IS FURTHER ORDERED** that any matters not previously disposed will be denied as moot on the filing of the Chapter 13 Trustee's final report.

- ☐ **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal.

- ☐ **IT IS FURTHER ORDERED** that this case is dismissed with prejudice and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal.

- ☐ **IT IS FURTHER ORDERED** that since the Debtor(s) owe(s) $ for the filing fee in this case, the Debtor(s) **MUST PAY THIS AMOUNT TO THE COURT WITHIN FIVE BUSINESS DAYS OF THIS ORDER.** If the Debtor(s) fail(s) to pay the amount owed to the Court within five business days, the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal. If the Debtor(s) file(s) a subsequent bankruptcy case while prior filing fees remain outstanding, the Court will ordinarily deny any Application to Pay Filing Fees in Installments in the subsequent case.

*Barry S Schermer*

U.S. Bankruptcy Judge

Dated: 8/31/17
Rev. 02/16 post13ds
**Reported Alias Information:**
Jacqulyn Q Davis –
–

```
                                United States Bankruptcy Court
                                  Eastern District of Missouri
In re:                                                                                Case No. 16-46387-bss
Jacqulyn Q Davis                                                                      Chapter 13
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: trul                    Page 1 of 2                  Date Rcvd: Aug 31, 2017
                              Form ID: post13ds             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db             +Jacqulyn Q Davis,    1270 Elkhart Dr.,    Saint Louis, MO 63135-1417
17516404       +CONSUMER PORTFOLIO SERVICES,    19500 JAMBOREE RD,    IRVINE, CA 92612-2411
17467062       +CPS,    PO Box 98759,    Phoenix, AZ 85038-0759
17467061       +Collection Bureau of America,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
17467063       +Credit Control Corp,    11821 Rock Landing Dr,    Newport News, VA 23606-4207
17467064       +Cypress Village Apartments,    11324 Hi Tower Dr,    Saint Ann, MO 63074-1014
17467065       +Day Knight & Associates,    PO Box 5,    Grover, MO 63040-0005
17467067       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
17467068       +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
17467069       +Federal Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
17522128       +Frontier,    Attn. Payroll Department,    7001 Tower Rd,    Denver, CO 80249-7312
17467072       +Jonathan Brent Attorney at Law,    462 N Taylor Ste 105,    St Louis, MO 63108-1818
17467077       +Transunion,    P.O. Box 1000,    Chester, PA 19022-1023
17467078       +Transworld Systems,    PO Box 17221,    Wilmington, DE 19850-7221
17467808       +United States Attorney,    111 South 10th Street,    St. Louis MO 63102-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17467057       +EDI: AARGON.COM Sep 01 2017 01:03:00      Aargon Agency Inc.,    8668 Spring Mountain Rd.,
                 Las Vegas, NV 89117-4132
17467058       +EDI: AAEO.COM Sep 01 2017 01:03:00      Aaron’s,    1015 Cobb Place Blvd NW,
                 Kennesaw, GA 30144-3672
17467059       +E-mail/Text: jhill@arc1.biz Sep 01 2017 01:06:48      Account Resolution Corporation,
                 700 Goddard Ave,    Chesterfield, MO 63005-1100
17467060       +Fax: 602-659-2196 Sep 01 2017 02:18:22      ChexSystems,    Attn: Consumer Relations,
                 7805 Hudson Road, Ste 100,    Woodbury, MN 55125-1703
17467066       +E-mail/Text: bknotice@erccollections.com Sep 01 2017 01:06:50      Enhanced Recovery,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17467070       +E-mail/Text: robert.mcalexander@insta-credit.com Sep 01 2017 01:06:54      Insta-Credit,
                 910 N Bluff,    Collinsville, IL 62234-5802
17467071        EDI: IRS.COM Sep 01 2017 01:03:00      Internal Revenue Service,    PO Box 7346,
                 Philedelphia PA 19101-7346
17467073       +E-mail/Text: ecfnotices@dor.mo.gov Sep 01 2017 01:06:20      Missouri Department of Revenue,
                 Bankruptcy Unit,    PO Box 475,    301 W High St,    Jefferson City, MO 65101-1517
17467807       +E-mail/Text: ecfnotices@dor.mo.gov Sep 01 2017 01:06:20      Missouri Department of Revenue,
                 PO Box 475,    301 W High St,    Jefferson City MO 65101-1517
17467074       +E-mail/Text: bankruptcy@onlineis.com Sep 01 2017 01:07:17      ONLINE COLLECTIONS,
                 P.O. Box 1489,    Winterville, NC 28590-1489
17467075       +EDI: SWCR.COM Sep 01 2017 01:03:00      Southwest Credit System,
                 4120 International Pkwy Ste 1100,    Carrollton, TX 75007-1958
17467076       +E-mail/Text: crwkflw@firstdata.com Sep 01 2017 01:07:16      Telecheck,
                 Attention: Bankruptcy Department,    P.O. Box 4451,    Houston, TX 77210-4451
17467080       +EDI: ECMC.COM Sep 01 2017 01:03:00      US Department of Education,    PO Box 16448,
                 St Paul, MN 55116-0448
17467079       +E-mail/Text: bankruptcy@unitedacceptance.com Sep 01 2017 01:06:43      United Acceptance Inc,
                 2400 Lake Park Dr,    Smyrna, GA 30080-8993
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0865-4         User: trul              Page 2 of 2           Date Rcvd: Aug 31, 2017
                             Form ID: post13ds       Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Diana S. Daugherty    standing_trustee@ch13stl.com,  trust33@ch13stl.com
              Jonathan Edward Brent    on behalf of Debtor Jacqulyn Q Davis jb@lawbrent.com,  brentecf@gmail.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
                                                                                             TOTAL: 3
```